# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GEORGE T. HICKS,

    Petitioner,

    v.

PAT GLEBE,

    Respondent.

Case No. C08-5672FDB/JKA

ORDER TO RESPOND

This habeas corpus action, filed pursuant to 28 U.S.C. 2254, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrate Judges' Rules MJR 3 and MJR 4. Before the court is a motion, filed by petitioner, to dismiss this petition (Dkt # 13). The affidavit of service by mail indicates Mr. Hicks sent two copies of the motion to the court, but he did not serve opposing counsel.

Petitioner is warned that all documents sent to court must be served on counsel. Respondent should file a response to the motion to dismiss on or before **March 20, 2009.** Petitioner's motion is re-noted for March 27, 2009.

The Clerk is directed to mail a copy of this Order to petitioner and counsel and note the **March 27, 2009,** date for this habeas as being ready to consider.

DATED this 17 day of February, 2009.

                                        /S/ *J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge

ORDER
Page - 1