# United States District Court

## WESTERN DISTRICT OF WASHINGTON

GEORGE T. HICKS

v.

PATRICK GLEBE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5672FDB

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

____July 31, 2009____
Date

____BRUCE RIFKIN____
Clerk

____*s/CM Gonzalez*____
Deputy Clerk